IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARCUS ROBINSON,

    Plaintiff,

vs.                              CIVIL ACTION 13-114-KD-M

HUDSON SPECIALTY
INSURANCE GROUP, *et al.,*

    Defendants.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 10, 2013 (doc. 23) is ADOPTED as the opinion of this Court. Accordingly, Plaintiff's Motion to Remand (doc. 9) is DENIED.

DONE this 5th day of June 2013.

                                            s/ Kristi K. DuBose
                                            KRISTI K. DuBOSE
                                            UNITED STATES DISTRICT JUDGE