IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS JAMES ROBINSON,           )<br>    Plaintiff,                                      )<br>                                                    )<br>v.                                                 )      CIVIL ACTION NO. 13-00114-KD-M<br>                                                    )<br>HUDSON SPECIALITY INSURANCE )<br>GROUP, *et al.*,                              )<br>    Defendants.                              ) | |

## JUDGMENT

In accordance with the Order issued on this date granting both Colony's Motion for Summary Judgment and Hudson's Motion for Summary Judgment, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of these Defendants and against Plaintiff Marcus James Robinson and that this action is **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **22nd** day of **October 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1