# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARCUS JAMES ROBINSON, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>HUDSON SPECIALITY INSURANCE )<br>GROUP, *et al.*, )<br>    Defendants. ) | CIVIL ACTION NO. 13-00114-KD-M |

## JUDGMENT

In accordance with the Order issued on this date granting both Colony's Motion for Summary Judgment and Hudson's Motion for Summary Judgment, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of these Defendants and against Plaintiff Marcus James Robinson and that this action is **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **22nd** day of **October 2013.**

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**